**FILED**

01/18/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0418

**IN THE SUPRMEME COURT OF THE STATE OF MONTANA**
**Supreme Court NO. DA 21-0418**

\* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| IN RE THE MARRIAGE OF:        ) | **ORDER GRANTING** |
| ) | **UNOPPOSED MOTION** |
| JENNIFER L. RUSSUM,        ) | **FOR EXTENSION OF TIME** |
| ) | **TO FILE RESPONSE BRIEF** |
| Petitioner/Appellant,        ) | |
| ) | |
| and        ) | |
| ) | |
| MATTHEW S. WENDT,        ) | |
| ) | |
| Respondent/Appellee.        ) | |
| _____ ) | |

Appellee, MATTHEW S. WENDT, has moved this Court for a 30-day extension, from January 21, 2022, up to and including February 21, 2022, in which to file his Response Brief in this matter. Appellant does not oppose the Motion.

IT IS HEREBY ORDERED that the Appellee shall have up to and including February 21, 2022, to file his Response Brief in this matter.

**ELECTRONICALLY SIGNED AND DATED BELOW.**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 18 2022